**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Eddie Ray Jackson
R.L.C.C.. Cajun 1 C-2   DOC No. 358517
1630 Prison Road
Cottonport LA 71327

> Judgment on rehearing rendered and mailed to all parties or counsel of record on October 23, 2019

**REHEARING ACTION: October 23, 2019**

**Docket Number: 18   00653-KH**

**STATE OF LOUISIANA**
**VERSUS**
**EDDIE RAY JACKSON**

**Writ Application from Rapides Parish Case No. 307621**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. Shannon J. Gremillion**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Eddie Ray Jackson** is:

> **REHEARING DENIED**:  Relator may not seek a rehearing of this court's denial of claims relating to his "Motion to Appoint Expert Witness."  Uniform Rules—Courts of Appeal, Rule 2-18.7. Additionally, Relator's request to recuse the district court judge has not been considered, as a new issue may not be raised for the first time by an application for rehearing.  Degrasse v. Elevating Boats, Inc., 98-1406 (La.App. 4 Cir. 3/10/99), 740 So.2d 660, writ denied, 99-1807 (La. 10/15/99), 748 So.2d 1147.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent